389 A.2d 684

Commonwealth v. Toledo, Appellant.

Submitted June 13, 1977. Daniel Maxymuik, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.